IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| BERNADETTE THORN, </br></br> Plaintiff, </br></br> v. </br></br> ADVANCED CARE FOR WOMEN, LLC, *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 3:21cv123–HEH ) ) ) ) ) |

### FINAL ORDER

THIS MATTER is before the Court on a Joint Stipulation of Dismissal (ECF No. 22), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                     /s/
                                            Henry E. Hudson
                                            Senior United States District Judge

Date: January 31, 2022
Richmond, VA